Mark Punzalan (State Bar No. 247599)
Email: mark@chanpunzalan.com
Nicole Daryanani (State Bar No. 328068)
Email: nicole@chanpunzalan.com
CHAN PUNZALAN LLP
22 Battery St., Suite 401
San Francisco, CA 94111
Telephone: 650.362.4150
Facsimile: 650.362.4151

*Counsel for Plaintiff*
*ET Solar, Inc.*

Leodis C. Matthews (State Bar No. 109064)
Email: leodismatthews@zhonglun.com
ZHONG LUN LAW FIRM LLP
4322 Wilshire Blvd Ste 200
Los Angeles, CA 90010
Telephone: 323.930.5690
Facsimile: 323.930.5693

*Counsel for Defendant*
*Sumecht Na, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ET SOLAR, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SUMECHT NA Inc., a Texas corporation doing business as SUMEC NORTH AMERICA INC.,<br><br>Defendant. | Case No. 3:20-CV-06061-LB<br><br>**JOINT RESPONSE TO ORDER GRANTING MOTION TO DISMISS [ECF No. 28]**<br><br>Action Filed: August 28, 2020<br>Judge: Hon. Laurel Beeler |

| | |
|---|---|
| 1 | In the Court's December 16, 2020 Order Granting Defendant Sumecht NA Inc.'s Motion |
| 2 | to Dismiss, the Court granted Plaintiff ET Solar, Inc.'s request for limited jurisdictional discovery. |
| 3 | [Docket No. 28] The Court also ordered the parties to confer on a timeline for this discovery and |
| 4 | the filing of any amended complaint and to update the court by January 7, 2021. After the |
| 5 | conference of the parties' counsel, the parties proposed the following schedule: |

- Deadline for the Parties to Serve Limited Jurisdictional Discovery Requests - **January 22, 2021;**
- Deadline for the Parties to Serve Responses to Limited Jurisdictional Discovery Requests - **February 22, 2021**;
- Deadline for Plaintiff to File Amended Complaint - **March 24, 2021**.

During the parties' conference, the parties also discussed ADR options to minimize attorney fees, and by this submission, the parties hereby jointly request a referral to a magistrate judge for an early settlement conference. However, because the person with settlement authority for Defendant is located in China, Defendant intends to request a late afternoon start time for a settlement conference. As such, if a settlement conference is not possible with this time constraint, the parties are open to a mediation with a court-appointed mediator or through a private mediation ordered by the Court.

Respectfully submitted,

Dated: January 7, 2021

/s/Mark Punzalan
Mark Punzalan (State Bar No. 247599)
Email: mark@chanpunzalan.com
Nicole Daryanani (State Bar No. 328068)
Email: nicole@chanpunzalan.com
CHAN PUNZALAN LLP
22 Battery St., Suite 401
San Francisco, CA 94111
Telephone: 650.362.4150
Facsimile: 650.362.4151

*Counsel for Plaintiff*
*ET Solar, Inc.*

---

JOINT RESPONSE TO ORDER GRANTING MOTION TO DISMISS
Case No. 3:20-CV-06061-LB

Dated: January 7, 2021        /s/Leodis Matthews
                              Leodis C. Matthews (State Bar No. 109064)
                              Email: leodismatthews@zhonglun.com
                              ZHONG LUN LAW FIRM LLP
                              4322 Wilshire Blvd Ste 200
                              Los Angeles, CA 90010
                              Telephone: 323.930.5690
                              Facsimile: 323.930.5693

                              *Counsel for Defendant
                              Sumecht Na, Inc.*

## ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatory listed concurs in this filing's content and has authorized the filing.

Dated: January 7, 2021                    By: /s/Mark Punzalan
                                          Mark Punzalan